IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| In the Matter of: | : | CHAPTER 7 |
| | : | |
| JOHN MESSIER | : | CASE NO. 05-50130-JPS |
| | : | |
| Debtor | : | |

### UNCLAIMED DIVIDENDS PURSUANT TO RULE 3011 FRBP

Pursuant to Rule 3011, the following is a list of the known names and addresses of the entities and the amounts they are entitled to be paid from property of the estate. Said funds are being paid into the court registry due to failure to locate said creditor pursuant to 11 U.S.C. § 347(a):

> John Messier
> 3656 Serendipity Lane
> Rapid City, SD 57702
> $5,600.00

This **15th** day of **July, 2010.**

/s/ J. Coleman Tidwell
J. COLEMAN TIDWELL – Trustee
Georgia Bar No. 712100

P. O. Box 1796
Macon, GA 31202
478-743-3890